UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Case No. 17bk03148 |
| STAINLESS SALES CORP. | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO HIGH RIDGE PARTNERS, PREPTITION ASSIGNEE, FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS AN ADMINISTRATIVE CLAIM**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 57,331.25 | TOTAL COSTS REQUESTED: | $ 5,926.74 |
| TOTAL FEES REDUCED: | $ 3,551.35 | TOTAL COSTS REDUCED: | $ 5,926.74 |
| TOTAL FEES ALLOWED: | $ 53,779.90 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 53,779.90**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

The amounts awarded are entitled to payment as an administrative expense under 11 U.S.C. § 503(b)(3)(E).

**(1) Computational or Typographical Error – TOTAL of disallowed amounts: $ 490.50**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

**(2) Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 717.85**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(3) Unreasonable Time – TOTAL of disallowed amounts: $ 837.50**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of

the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (Squires, J.) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (*citing Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4) Insufficient Description – TOTAL of disallowed amounts: $ 404.50 in compensation; $ 5,926.74 in expenses**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

**(5) Duplication of Services – TOTAL of disallowed amounts: $ 1,101.00**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

Dated: 27 JUN 2017

Timothy A. Barnes
United States Bankruptcy Judge

HIGH RIDGE PARTNERS

Summary of Projects
April 27, 2017
Page 1

Selection Criteria

| | |
|---|---|
| Clie.Selection | Include: Stainless Sales Corp. |
| Slip.Transaction Dat | 2/3/2017 - 3/31/2017 |
| Slip.Billing Status | Billable |

Totals for

| | Hours | Fees |
|---|---|---|
| 11 - Case Admin./General | 27.20 | $9,065.50 |
| 13 - Billable Travel | 20.10 | $6,733.50 |
| 14 - Attendance at Court Hrgs./Review Pleadings | 21.60 | $7,833.00 |
| 21 - Accounting | 26.90 | $9,281.50 |
| 31 - Claim Analysis/Objection | 4.10 | $1,450.00 |
| 37 - Asset Anal. & Recovery | 40.00 | $13,488.50 |
| 42 - Auction Preparation | 29.80 | $8,943.50 |
| 45 - Record Storage | 12.80 | $3,902.50 |
| Grand Total | 182.50 | $60,698.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 4 of 43




Stainless Sales Corp.
02/03/17 through 03/31/17
Page 1

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| | 11 - Case Admin./General | | | |
| 02/03/17 | Greg Apathy<br>11 - Case Admin./General<br>Obtain and review all insurance policies and discuss with T. Izydorek of Assurance. | $335.00 | 0.60 | $201.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Phone with J. Litwin re: bankruptcy filing. | $335.00 | 0.40 | $134.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Phone with M. Eber re: bankruptcy filing and continued involvement as custodians of remaining assets. | $335.00 | 0.50 | $167.50 |
| 1) Typo: reduced to 0.4 per ME entry for same | Greg Apathy<br>11 - Case Admin./General<br>Phone with several creditors to discuss bankruptcy filing and effect on the claims process. | $335.00 | 0.70 | $234.50 |
| | Michael Eber<br>11 - Case Admin./General<br>Numerous calls with counsel and Apathy re: filing and administration of the estate. | $425.00 | 0.40 | $170.00 |
| 02/06/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call with Katten Muchin regarding Chapter 11 involuntary filing from unsecured creditors and next steps. | $260.00 | 0.10 | $26.00 |
| | Michael Eber<br>11 - Case Admin./General<br>Phone with DeRousse re: bankruptcy filing. | $425.00 | 0.20 | $85.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Discuss auction results and status of bankruptcy case with creditor. | $335.00 | 0.30 | $100.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Discussions with creditor on claim filing. | $335.00 | 0.30 | $100.50 |




Stainless Sales Corp.
02/03/17 through 03/31/17
Page 2

April 27, 2017
Professional Time by Project

| Date | Professional / Project / Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/06/17 | Greg Apathy<br>11 - Case Admin./General<br>Conference call with M. Eber, P. Barr, and K. Ottaviano to discuss assignee's responsibilities and motion to direct; follow up discussion with P. Barr to revise.<br>[handwritten: 2) Lumping] | $335.00 | 1.00 | $335.00 |
| 02/07/17 | Michael Eber<br>11 - Case Admin./General<br>Review Barr email re: updates on status, bank position, creditor concerns, and retention of local counsel; draft response to same. | $425.00 | 0.50 | $212.50 |
| | Michael Eber<br>11 - Case Admin./General<br>Emails from Ottoviano re: discussion with Litwin and Assignee role; discuss presentation of estate with Apathy.<br>[handwritten: Lumping] | $425.00 | 0.30 | $127.50 |
| 02/09/17 | Greg Apathy<br>11 - Case Admin./General<br>Address various issues involving the Justine location with R. Corsentino. | $335.00 | 0.50 | $167.50 |
| 02/10/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email to Marilyn Kutz regarding upcoming RE tax payment and limitations of Assignee due to bankruptcy filing. | $260.00 | 0.10 | $26.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail.<br>[handwritten: Unreasonable: allowed for .1] | $335.00 | 0.40 | $134.00 |
| 02/13/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call from Business Only Broadband regarding October 2016 contract for Justine location to supply site with internet and cancel all future services. | $260.00 | 0.20 | $52.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Review and respond to inquiries from creditors.<br>[handwritten: Lumping] | $335.00 | 0.60 | $201.00 |
| 02/14/17 | Michael Eber<br>11 - Case Admin./General<br>Email re: protective payments and review same; draft response re: insurance. | $425.00 | 0.20 | $85.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 6 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 3

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/14/17 | Greg Apathy<br>11 - Case Admin./General<br>Review insurance policies and discuss with M. Eber. | $335.00 | 0.40 | $134.00 |
| 02/15/17 | Greg Apathy<br>11 - Case Admin./General<br>Provide proof of insurance to U. S. Trustee. | $335.00 | 0.20 | $67.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Follow up with A. Riggs re: cancellation of W/C and auto policies. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Discuss letter to landlords re: vacating facilities with P. Barr; obtain contact information and review letter. | $335.00 | 0.50 | $167.50 |
| 02/16/17 | Greg Apathy<br>11 - Case Admin./General<br>Review and respond to inquiries from creditors. | $335.00 | 0.60 | $201.00 |
| 02/20/17 | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail; sort invoices and checks received. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Review and respond to inquiries from creditors. | $335.00 | 0.30 | $100.50 |
| 02/21/17 | Greg Apathy<br>11 - Case Admin./General<br>Review letter to landlords re: vacating building; distribute letter to landlords. | $335.00 | 0.50 | $167.50 |
| 02/22/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email to Proven Technologies to schedule pickup of wireless network hardware on 2/24/17. | $260.00 | 0.10 | $26.00 |
| | Michael Eber<br>11 - Case Admin./General<br>Review email re: wireless equipment; draft response to same; discuss with Apathy. | $425.00 | 0.30 | $127.50 |

2) Lumping
3) Unreasonable reduced to 0.1
2) Lumping

Case 17-03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 7 of 43




Stainless Sales Corp.
02/03/17 through 03/31/17
Page 4

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/23/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email correspondence to P. Barr at Katten Muchin regarding the removal of certain property at Addison HQ of SSC by Proven Technologies; SSC is in Chapter 11 and we would like to confirm removal of assets still "Preserves" the condition of the estate. | $260.00 | 0.40 | $104.00 |
| | Robert Corsentino<br>11 - Case Admin./General<br>Call with G. Apathy regarding Proven Technologies pickup of equipment and inquiry from Emmanuel Agbarah at Proven on equipment hold due to involuntary filing. | $260.00 | 0.30 | $78.00 |
| Lumping | Greg Apathy<br>11 - Case Admin./General<br>Discuss return of computer equipment with R. Corsentino; follow up with supplier on request for proof of ownership. | $335.00 | 0.50 | $167.50 |
| | Michael Eber<br>11 - Case Admin./General<br>Review Corsentino email re; Proven Technologies; subsequent email chain with counsel. | $425.00 | 0.40 | $170.00 |
| 02/24/17<br>Lumping | Robert Corsentino<br>11 - Case Admin./General<br>Call with G. Apathy on update with Proven Technologies and counsel's position to withhold hardware while Company faces Chapter 11; follow up call with Emmanuel at Proven on next steps, lost of claimed hardware, signed contracts, or any other claim support. | $260.00 | 0.30 | $78.00 |
| 02/25/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email to Elizabeth Berglin at TYCO Security Systems to cancel Tyco Security Alarm at property with copy of SSC contract; CC's G. Apathy on email. | $260.00 | 0.20 | $52.00 |
| 02/27/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email submission to cancel security system at 3301 S. Justine | $260.00 | 0.30 | $78.00 |
| 02/28/17 | Greg Apathy<br>11 - Case Admin./General<br>Follow up on insurance cancellations and invoices. | $335.00 | 0.30 | $100.50 |

Case 17-bk03148, Doc 126, Filed 06/06/2017, Entered 06/06/2017 ... Desc Exhibit 1, Page 8 of 43



Stainless Sales Corp.
02/03/17 through 03/31/17
Page 5

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| (4) insuff. Description | 02/28/17 Michael Eber<br>11 - Case Admin./General<br>Email re: compensation and reply to same. | $425.00 | 0.20 | $85.00 |
| | 03/01/17 Greg Apathy<br>11 - Case Admin./General<br>Discuss various issues with M. Kutz re: Justine location and taxes. | $335.00 | 0.70 | $234.50 |
| | 03/02/17 Michael Eber<br>11 - Case Admin./General<br>Meet with Apathy for status update. | $425.00 | 0.40 | $170.00 |
| (2) Lumping | Greg Apathy<br>11 - Case Admin./General<br>Return creditor calls. | $335.00 | 0.50 | $167.50 |
| | 03/06/17 Michael Eber<br>11 - Case Admin./General<br>Call with DeRousse to discuss withdrawal; subsequent call with Barr and Apathy on same. | $425.00 | 0.30 | $127.50 |
| 3) unreasonable reduced to 0.1 | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail; review invoices received. | $335.00 | 0.40 | $134.00 |
| | 03/07/17 Michael Eber<br>11 - Case Admin./General<br>Call with Otaviano; subsequent call with Narcutis regarding hearing. | $425.00 | 0.40 | $170.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Discuss status of insurance coverage with broker. | $335.00 | 0.20 | $67.00 |
| | 03/08/17 Michael Eber<br>11 - Case Admin./General<br>Call with Trustee Goodman. | $425.00 | 0.30 | $127.50 |
| unreasonable educed to 0.1 | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail. | $335.00 | 0.30 | $100.50 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 6

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/17 | Greg Apathy<br>11 - Case Admin./General<br>Respond to creditors on status of bankruptcy case. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail. | $335.00 | 0.30 | $100.50 |
| 03/10/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call to First Communications to cancel phone and internet services at Addison location. | $260.00 | 0.30 | $78.00 |
| | Robert Corsentino<br>11 - Case Admin./General<br>Follow up email sent to First Communications requesting cancellation of services for Stainless Sales. | $260.00 | 0.30 | $78.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Open and review mail. | $335.00 | 0.30 | $100.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Respond to creditors on status of bankruptcy case. | $335.00 | 0.20 | $67.00 |
| 03/13/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call with Marilyn Kutz and Greg Apathy regarding tax filing extension, current status of insurance on 3301 S. Justine property, and ongoing security system at property. | $260.00 | 0.30 | $78.00 |
| | Robert Corsentino<br>11 - Case Admin./General<br>Email draft letter to G. Apathy for review of cancellation of services provided by First Communications. | $260.00 | 0.30 | $78.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Work with R. Corsentino and R. Whitehouse to cancel utilities and other monthly expenses for the Addison location. | $335.00 | 0.50 | $167.50 |

2) Lumping
1) unreasonable reduced to 0.1
unreasonable reduced to 0.1
2) Lumping

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 7

April 27, 2017
Professional Time by Project

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/13/17 | Greg Apathy<br>11 - Case Admin./General<br>Follow up on cancellation of insurance for the two vacated locations. | $335.00 | 0.20 | $67.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Discuss appointment of new Chapter 7 trustee with P. Barr. | $335.00 | 0.20 | $67.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Review draft cancellation letters and discuss with R. Corsentino. | $335.00 | 0.30 | $100.50 |
| 03/14/17 | (2) Lumping<br>Greg Apathy<br>11 - Case Admin./General<br>Respond to creditors on status of bankruptcy case. | $335.00 | 0.20 | $67.00 |
| 03/15/17 | Robert Corsentino<br>11 - Case Admin./General<br>Email to First Communications to cancel all services with Stainless Sales. | $260.00 | 0.20 | $52.00 |
| 03/17/17 | 3) unreasonable reduced to 0.1<br>Greg Apathy<br>11 - Case Admin./General<br>Open and review mail. | $335.00 | 0.30 | $100.50 |
| 03/21/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call with Katten Muchin and G. Apathy regarding turnover of estate to trustee. | $260.00 | 0.30 | $78.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Conference call with P. Barr, R. Corsentino, and D. Ottaviano to discuss turnover of assets to Trustee. | $335.00 | 0.30 | $100.50 |
| | Greg Apathy<br>11 - Case Admin./General<br>Follow up with R. Corsentino re: turnover of estate assets; begin preparing documents and assemble. | $335.00 | 0.70 | $234.50 |

Case 17bk03148 Doc 120-1 Filed 06/02/17 Entered 06/02/17 08:06:55 Desc Exhibit 1, Part 1 Page 11 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17


April 27, 2017
Professional Time by Project

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/22/17 | Michael Eber<br>11 - Case Admin./General<br>Review Barr letter to trustee; call to Barr with revisions. | $425.00 | 0.30 | $127.50 |
| 03/23/17 | Michael Eber<br>11 - Case Admin./General<br>Review revised letter to trustee. | $425.00 | 0.20 | $85.00 |
| | Robert Corsentino<br>11 - Case Admin./General<br>Preparation of files to transfer to Trustee for assumption of ongoing management of Stainless Estate. | $260.00 | 1.00 | $260.00 |
| 03/24/17 | Greg Apathy<br>11 - Case Admin./General<br>Follow up on wire transfer to Trustee. | $335.00 | 0.30 | $100.50 |
| 03/25/17 | Robert Corsentino<br>11 - Case Admin./General<br>Coordination with G. Apathy to consolidate remaining Stainless Sales assets not sold at auction to transfer to Trustee. | $260.00 | 0.90 | $234.00 |
| | Greg Apathy<br>11 - Case Admin./General<br>Gather and organize remaining IT equipment; meet with R. Corsentino to discuss turnover to Trustee. | $335.00 | 0.90 | $301.50 |
| 03/27/17 | Robert Corsentino<br>11 - Case Admin./General<br>Call with Marilyn Kutz regarding access to building turning alarm on/off; Ms. Kutz also requested update on Chapter 7 filing and where to send mail delivered to 3301 S. Justine. | $260.00 | 0.30 | $78.00 |
| | Subtotal of hours & fees | | 27.20 | $9,065.50 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 9

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| | 13 - Billable Travel | | | |
| 02/03/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/08/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/10/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/14/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/17/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/20/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/22/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/24/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 02/27/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 10

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/17 | Greg Apathy<br>13 - Billable Travel<br>Travel to/from residence to client location in Addison, IL. | $335.00 | 1.80 | $603.00 |
| 03/25/17 | Greg Apathy<br>13 - Billable Travel<br>Travel from residence to Chicago office (Saturday travel). | $335.00 | 2.10 | $703.50 |
| | Subtotal of hours & fees | | 20.10 | $6,733.50 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 09:02:55 Desc Exhibit 1, Page 14 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 11

April 27, 2017
Professional Time by Project

| Date | Professional / Project / Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| | **14 - Attendance at Court Hrgs./Review Pleadings** | | | |
| 02/03/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review involuntary petition and phone with Apathy to advise on role of custodian. | $425.00 | 0.50 | $212.50 |
| 02/06/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review and comments to draft motion from Barr. | $425.00 | 0.50 | $212.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review Apathy comments to motion and discuss with same. | $425.00 | 0.30 | $127.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review revised motion. | $425.00 | 0.20 | $85.00 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Email string re: hearing and preservation of estate; discuss with Apathy. | $425.00 | 0.40 | $170.00 |
| | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motion to direct assignee; discuss with P. Barr and M. Eber. | $335.00 | 0.90 | $301.50 |
| 02/07/17 | Robert Corsentino<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Attendance in court for emergency petition due to involuntary bankruptcy filing by unsecured creditors. | $260.00 | 1.20 | $312.00 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review draft order from Barr (.1) and Apathy comments to same and discuss with Apathy (.3). | $425.00 | 0.40 | $170.00 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review revised order and subsequent email to Barr with my issues. | $425.00 | 0.30 | $127.50 |

5) Duplication

Case 17bk03148 Doc 120-1 Filed 06/02/17 Entered 06/02/17 08:06:55 Desc Exhibit 1, Page 15 of 43




Stainless Sales Corp.
02/03/17 through 03/31/17
Page 12

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Attend court hearing; follow up discussion with attorney for petitioning creditors and Wintrust Bank. | $335.00 | 1.20 | $402.00 |
| | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Discussions with P. Barr on order to direct assignee to include language on acceptable payments and ability to collect receivables. | $335.00 | 0.90 | $301.50 |
| | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Follow up review of order to direct assignee with M. Eber. | $335.00 | 0.30 | $100.50 |
| 02/08/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Discussions with M. Eber and P. Barr on drafting of order re: custodians authority to make disbursements. | $335.00 | 0.80 | $268.00 |
| 02/10/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review order entered by Judge Barnes and give direction to Apathy. | $425.00 | 0.20 | $85.00 |
| | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review approved court order directing the assignee and final IMP settlement agreement. | $335.00 | 0.50 | $167.50 |
| 02/14/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Conference call with counsel to discuss hearing and follow-up call with Apathy re: required information. | $425.00 | 0.30 | $127.50 |
| | Robert Corsentino<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Call with Katten Muchin on updates to case prior to court appearance. | $260.00 | 0.20 | $52.00 |
| | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Conference call with P. Barr, K. Ottaviano, M. Eber, and R. Corsentino to prepare for court appearance; provide additional financial information to group. | $335.00 | 0.50 | $167.50 |

2) Lumping

Duplication

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17


April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/14/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review Cumberland's motion for relief of stay. | $335.00 | 0.40 | $134.00 |
| 02/15/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Meet with counsel prior to hearing and attend same. | $425.00 | 0.50 | $212.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review draft order for bank. | $425.00 | 0.20 | $85.00 |
| 5) Duplication | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Attend court hearing; follow up discussions with P. Barr and M. Eber. | $335.00 | 1.00 | $335.00 |
| 02/27/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone and emails with P. Barr re: current status and court preparation. | $335.00 | 0.50 | $167.50 |
| 02/28/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Meeting with P. Barr and attend court hearing. | $335.00 | 1.10 | $368.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Call with Otaviano to discuss options at hearing; subsequent call with Barr on same. | $425.00 | 0.30 | $127.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Phone with DeRousse to discuss hearing and follow up with Apathy on same. | $425.00 | 0.30 | $127.50 |
| | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Email from Barr re: results of hearing and follow-up with Apathy on same. | $425.00 | 0.20 | $85.00 |
| 03/01/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review Second Order Directing Assignee and discuss with P. Barr. | $335.00 | 0.30 | $100.50 |

Case 17-03148 Doc 126-1 Filed 06/07/17 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 17 of 43



Stainless Sales Corp.
02/03/17 through 03/31/17
Page 14

April 27, 2017
Professional Time by Project

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| 03/01/17 Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motions to appoint Chapter 11 and Chapter 7. | $335.00 | 0.70 | $234.50 |
| 03/03/17 Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review DeRousse motion to substitute and motion for fees; discuss with Apathy. | $425.00 | 0.30 | $127.50 |
| 03/06/17 Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review Wintrust motion to convert and call to Barr to discuss. | $425.00 | 0.30 | $127.50 |
| Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review objection to motion to convert to Chapter 7 Bankruptcy filed by petitioning creditors. | $335.00 | 0.50 | $167.50 |
| 03/07/17 Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Prepare for and attend hearing. | $425.00 | 1.20 | $510.00 |
| Lumping<br>Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review revised order and email to Barr with my changes; discuss change with Apathy re: collections. | $425.00 | 0.40 | $170.00 |
| Duplication<br>Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Attend hearing and discuss status with P. Barr. | $335.00 | 1.20 | $402.00 |
| Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review third order directing Assignee and discuss revisions with P. Barr. | $335.00 | 0.40 | $134.00 |
| 03/08/17 Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review letter appointing trustee, notice of conversion, and motion for adequate protection; discuss protection motion with Apathy. | $425.00 | 0.40 | $170.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 18 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17


April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/08/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motion filed by Toyota Credit and discuss with P. Barr. | $335.00 | 0.50 | $167.50 |
| 03/09/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review letter approving trustee; discuss with P. Barr. | $335.00 | 0.20 | $67.00 |
| 03/13/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review Toyota motion to lift stay; research status of same. | $425.00 | 0.30 | $127.50 |
| 03/14/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Follow up with Toyota Credit re: motion filed with court. | $335.00 | 0.20 | $67.00 |
| 03/16/17 | Greg Apathy<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Review motions filed with court and discuss with P. Barr. | $335.00 | 0.30 | $100.50 |
| 03/21/17 | Michael Eber<br>14 - Attendance at Court Hrgs./Review Pleadings<br>Calls with Apathy and Octaviano re: expiration of order and procedures going forward. | $425.00 | 0.30 | $127.50 |
| | Subtotal of hours & fees | | 21.60 | $7,833.00 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 16

April 27, 2017
Professional Time by Project

21 - Accounting

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/03/17 | Greg Apathy<br>21 - Accounting<br>Prepare accounting through current date and prepare cash flow statement. | $335.00 | 0.90 | $301.50 |
| | Greg Apathy<br>21 - Accounting<br>Review outstanding invoices and prepare list of bills. | $335.00 | 0.70 | $234.50 |
| 02/06/17 | Greg Apathy<br>21 - Accounting<br>Discuss completion of year end accounting with C. Mason. | $335.00 | 0.30 | $100.50 |
| 02/07/17 | Greg Apathy<br>21 - Accounting<br>Update cash flow statement during the assignment for discussions with petitioning creditors. | $335.00 | 1.10 | $368.50 |
| 02/09/17 | Greg Apathy<br>21 - Accounting<br>Review final accounting for year ending December 31, 2016; discuss with C. Mason. | $335.00 | 1.50 | $502.50 |
| | Greg Apathy<br>21 - Accounting<br>Review current collections and update cash flow statements. | $335.00 | 0.60 | $201.00 |
| 02/10/17 | Greg Apathy<br>21 - Accounting<br>Review invoices and determine payment status. | $335.00 | 0.40 | $134.00 |
| | Greg Apathy<br>21 - Accounting<br>Prepare updated list of checks to be issued. | $335.00 | 0.60 | $201.00 |
| 02/13/17 | Greg Apathy<br>21 - Accounting<br>Review invoices received and determine payment status per court. | $335.00 | 0.50 | $167.50 |

Case 17-03148 Doc 126-1 Filed 06/06/17 Entered 06/06/17 08:42:18 Desc Exhibit 1, Page 22 of 42

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 17

April 27, 2017
Professional Time by Project

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/13/17 | Greg Apathy<br>21 - Accounting<br>Update cash flow statement for current activity. | $335.00 | 0.80 | $268.00 |
| | Greg Apathy<br>21 - Accounting<br>Prepare budget vs. actual cash flow statements. | $335.00 | 0.90 | $301.50 |
| 02/14/17 | Michael Eber<br>21 - Accounting<br>Review accounting to date to prepare for hearing. | $425.00 | 0.40 | $170.00 |
| | Greg Apathy<br>21 - Accounting<br>Review invoices and prepare list of checks to issue. | $335.00 | 0.80 | $268.00 |
| 02/15/17 | Michael Eber<br>21 - Accounting<br>Review and pay administrative expenses. | $425.00 | 0.30 | $127.50 |
| | Greg Apathy<br>21 - Accounting<br>Prepare financial reports for reference in hearing. | $335.00 | 1.20 | $402.00 |
| 02/21/17 | Greg Apathy<br>21 - Accounting<br>Update cash flow statements; review bank activity and determine checks to be paid. (handwritten: → Lumping) | $335.00 | 0.80 | $268.00 |
| | Greg Apathy<br>21 - Accounting<br>Discuss inventory transfer at IMP with RM Creations. | $335.00 | 0.40 | $134.00 |
| 02/22/17 | Greg Apathy<br>21 - Accounting<br>Discuss unknown bank activity with J. Dill; follow up with Wintrust Bank. | $335.00 | 0.30 | $100.50 |
| 02/27/17 | Greg Apathy<br>21 - Accounting<br>Prepare cash flow statement from assignment date to present. | $335.00 | 0.50 | $167.50 |

Case 17-03148 Doc 128 Filed 06/08/17 Entered 06/08/17 08:06:55 Desc Exhibit 1, Page 21 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 18

April 27, 2017
Professional Time by Project

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/17 | Greg Apathy<br>21 - Accounting<br>Prepare cash flow statement from assignment date to petition date. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>21 - Accounting<br>Prepare cash flow statement from petition date to present. | $335.00 | 0.40 | $134.00 |
| | Michael Eber<br>21 - Accounting<br>Review cash flow statement thru 2/24/17; discuss with Apathy. | $425.00 | 0.30 | $127.50 |
| 02/28/17 | Greg Apathy<br>21 - Accounting<br>Review bank activity and update cash flows. | $335.00 | 0.50 | $167.50 |
| 03/02/17 | Michael Eber<br>21 - Accounting<br>Review administrative expenses and back-up for approval. | $425.00 | 0.30 | $127.50 |
| | Greg Apathy<br>21 - Accounting<br>Review year end financial statements; prepare list of proposed adjustments and send to M. Kurtz and C. Mason. | $335.00 | 1.50 | $502.50 |
| | Greg Apathy<br>21 - Accounting<br>Review bills received and discuss payment with M. Eber. | $335.00 | 0.80 | $268.00 |
| 03/03/17 | Greg Apathy<br>21 - Accounting<br>Review bank activity and update cash flow statements. | $335.00 | 0.90 | $301.50 |
| 03/06/17 | Greg Apathy<br>21 - Accounting<br>Update cash flow statements and assets remaining to collect/sell. | $335.00 | 0.50 | $167.50 |
| 03/07/17 | Michael Eber<br>21 - Accounting<br>Review 3/7/17 balance sheet and discuss remaining assets with Apathy. | $425.00 | 0.50 | $212.50 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 19

April 27, 2017
Professional Time by Project

| Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/09/17 | Greg Apathy<br>21 - Accounting<br>Review bank activity and update cash flow statements. | $335.00 | 0.60 | $201.00 |
| 03/10/17 | Greg Apathy<br>21 - Accounting<br>Update list of remaining assets. | $335.00 | 0.60 | $201.00 |
| 03/14/17 | Greg Apathy<br>21 - Accounting<br>Update cash flow statements and assets remaining to collect/sell. | $335.00 | 0.50 | $167.50 |
| 03/17/17 | Michael Eber<br>21 - Accounting<br>Review administrative checks and supporting documents; email approval on same. | $425.00 | 0.30 | $127.50 |
| | Greg Apathy<br>21 - Accounting<br>Prepare list of checks to issue with supporting documentation. | $335.00 | 0.50 | $167.50 |
| 03/21/17 | Greg Apathy<br>21 - Accounting<br>Begin preparations of schedules to deliver to Trustee. | $335.00 | 1.60 | $536.00 |
| 03/22/17 | Greg Apathy<br>21 - Accounting<br>Review final report to Trustee; discuss and revise with P. Barr. | $335.00 | 0.70 | $234.50 |
| | Greg Apathy<br>21 - Accounting<br>Finalize financial reports for Trustee and discuss with P. Barr. | $335.00 | 1.30 | $435.50 |
| 03/23/17 | Michael Eber<br>21 - Accounting<br>Advise Apathy on accounting, outstanding checks, collections and inventory with respect to information to trustee. | $425.00 | 0.40 | $170.00 |
| | Greg Apathy<br>21 - Accounting<br>Follow up on turnover of cash to Trustee; obtain current cash available to transfer. | $335.00 | 0.40 | $134.00 |

Case 17-03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 23 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 20

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/24/17 | Michael Eber<br>21 - Accounting<br>Review Cash Flow Statements and listing of assets to forward to trustee; discuss same with Apathy and review email on same. | $425.00 | 0.50 | $212.50 |
| | Greg Apathy<br>21 - Accounting<br>Follow up on unpaid invoices; prepare list for Trustee. | $335.00 | 0.30 | $100.50 |
| | Subtotal of hours & fees | | 26.90 | $9,281.50 |



Stainless Sales Corp.
02/03/17 through 03/31/17
Page 21

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| | **31 - Claim Analysis/Objection** | | | |
| 02/03/17 | Robert Corsentino<br>31 - Claim Analysis/Objection<br>Call with Jessica at TOP SPOT marketing - website marketer/host of StainlessSales.com to dispute current and prior changes. | $260.00 | 0.30 | $78.00 |
| | Greg Apathy<br>31 - Claim Analysis/Objection<br>Review draft settlement agreement with Wintrust and discuss with P. Barr. | $335.00 | 0.60 | $201.00 |
| 4) Insuff. Description | Greg Apathy<br>31 - Claim Analysis/Objection<br>Follow up with C. Ryan on claims. | $335.00 | 0.30 | $100.50 |
| | Michael Eber<br>31 - Claim Analysis/Objection<br>Review December interest statement and discuss potential disputed amount with Apathy; subsequent call with Narcutis of Wintrust Bank to discuss dispute. | $425.00 | 0.60 | $255.00 |
| | Michael Eber<br>31 - Claim Analysis/Objection<br>Review Wintrust settlement agreement. | $425.00 | 0.30 | $127.50 |
| 4) Insuff. Description | Michael Eber<br>31 - Claim Analysis/Objection<br>Email from Ryan re: claims and respond to same. | $425.00 | 0.20 | $85.00 |
| 4) Insuff. Description 02/06/17 | Greg Apathy<br>31 - Claim Analysis/Objection<br>Discuss claims with C. Ryan; review updated claims register. | $335.00 | 0.40 | $134.00 |
| 02/07/17 | Greg Apathy<br>31 - Claim Analysis/Objection<br>Review claims filed by petitioning creditors and provide comments to P. Barr with detailed explanation on status. | $335.00 | 0.90 | $301.50 |
| 02/15/17 | Greg Apathy<br>31 - Claim Analysis/Objection<br>Discuss IDES tax payment with C. Ryan; follow up with C. Mason for proof of filing. | $335.00 | 0.50 | $167.50 |




Stainless Sales Corp.
02/03/17 through 03/31/17
Page 22

April 27, 2017
Professional Time by Project

| | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Subtotal of hours & fees | | 4.10 | $1,450.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 26 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 23

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| | 37 - Asset Anal. & Recovery | | | |
| 02/03/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Review remaining receivables and open inventory sales; discuss with R. Corsentino and R. Whitehouse. | $335.00 | 0.80 | $268.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with S. Desai of RM Creations re: payments for inventory sales. | $335.00 | 0.30 | $100.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss Hiwasse receivable with R. Corsentino. | $335.00 | 0.20 | $67.00 |
| 2) Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Download current detailed receivable listing; review outstanding invoices and prepare schedule of collections. | $335.00 | 1.00 | $335.00 |
| 02/06/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Review purchase orders for material held at IMP and discuss with R. Whitehouse. | $335.00 | 0.40 | $134.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Assemble and deliver detail on purchase orders of IMP inventory for petitioning creditors. | $335.00 | 0.90 | $301.50 |
| 02/07/17 | Michael Eber<br>37 - Asset Anal. & Recovery<br>Review Apathy schedule of remaining assets and discus monetization of same with Apathy. | $425.00 | 0.40 | $170.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare estimated recovery on remaining assets; discuss with P. Barr. | $335.00 | 1.30 | $435.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discussions with R. Whitehouse re: collection of remaining receivables. | $335.00 | 0.40 | $134.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 Desc Exhibit 1, Page 27 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17


April 27, 2017
Professional Time by Project

| Handwritten note | Date | Description | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| unreasonable reduced to 0.2 | 02/08/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Open and review mail; review checks received and update list of open receivable report. | $335.00 | 0.90 | $301.50 |
| lumping | | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Several phone calls to customers on payments due on accounts receivables. | $335.00 | 0.70 | $234.50 |
| | 02/09/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Arrange for customer inspection of material at IMP. | $335.00 | 0.60 | $201.00 |
| | 02/10/17 | Robert Corsentino<br>37 - Asset Anal. & Recovery<br>Phone call and email follow up to Cheryl Wellman regarding outstanding balance of Lindy Manufacturing. | $260.00 | 0.10 | $26.00 |
| | | Michael Eber<br>37 - Asset Anal. & Recovery<br>Review IMP settlement agreement and execute same. | $425.00 | 0.30 | $127.50 |
| | | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss IMP inspection dates with R. Whitehouse; follow up with P. Barr on settlement. | $335.00 | 0.30 | $100.50 |
| | 02/13/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare and send wire to IMP as part of settlement agreement; confirm wire transfer. | $335.00 | 0.40 | $134.00 |
| | | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss sale of IMP inventory and follow up actions to transfer with R. Whitehouse. | $335.00 | 0.40 | $134.00 |
| Lumping | | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Calls to customers with open receivable balances. | $335.00 | 1.10 | $368.50 |
| | 02/15/17 | Michael Eber<br>37 - Asset Anal. & Recovery<br>Review status of remaining assets and potential recovery to prepare for hearing. | $425.00 | 0.40 | $170.00 |

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 25

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/15/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss payment for IMP inventory with S. Desai; provide invoices and certifications for payment. | $335.00 | 0.70 | $234.50 |
| 02/16/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with P. Whitehouse re: inspection of material at IMP and payments. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss receivable collections with R. Whitehouse; update expected collections. | $335.00 | 0.90 | $301.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare list of remaining invoices to pay for RM Creations. | $335.00 | 0.80 | $268.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss various open receivables with R. Corsentino. | $335.00 | 0.50 | $167.50 |
| 02/17/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss procedures for release of IMP inventory with P. Barr. | $335.00 | 0.40 | $134.00 |
| 2) Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with customers with open receivable balances. | $335.00 | 0.90 | $301.50 |
| 2) Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discussions with customers buying inventory at IMP re: release and payment; provide invoices and payment information. | $335.00 | 0.90 | $301.50 |
| 02/20/17<br>2) Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone calls with customers re: collections. | $335.00 | 0.80 | $268.00 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/17 08:05:18 Desc Exhibit 1, Page 29 of 43



Stainless Sales Corp.
02/03/17 through 03/31/17
Page 26

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/20/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with customer purchasing material in IMP warehouse as to timing and material purchased. | $335.00 | 0.90 | $301.50 |
| 02/21/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Contact IMP re: release of inventory to RM Creations. | $335.00 | 0.40 | $134.00 |
| Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Review revised PO for purchase of IMP inventory; discuss plan to sell remaining inventory with R. Whitehouse. | $335.00 | 0.80 | $268.00 |
| | Michael Eber<br>37 - Asset Anal. & Recovery<br>Email re: IMP inventory; discuss with Apathy. | $425.00 | 0.20 | $85.00 |
| 02/22/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare summary of open inventory sales and discuss with R. Whitehouse. | $335.00 | 0.90 | $301.50 |
| | Michael Eber<br>37 - Asset Anal. & Recovery<br>Email from Barr re: dismissal of IMP action; advise Apathy on refund of retainer. | $425.00 | 0.20 | $85.00 |
| 02/23/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Update remaining inventory and receivable reports to estimate total recovery amounts. | $335.00 | 1.00 | $335.00 |
| 02/24/17 Lumping | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Finalize sale of IMP inventory to Mapes; send confirmation to IMP; prepare schedule of inventory to release and remaining inventory. | $335.00 | 1.00 | $335.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare detailed list of pre-assignment receivables and discuss with R. Corsentino. | $335.00 | 0.50 | $167.50 |

Case 17bk03148 Doc 126 Filed 06/06/2017 Entered 06/06/2017 08:06:55 Desc Exhibit 1, Page 30 of 43



Stainless Sales Corp.
02/03/17 through 03/31/17
Page 27

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/27/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with M. Kutz re: deed for building and land at Justine location; follow up discussions with J. Litwin. | $335.00 | 0.40 | $134.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with R. Ganzer re: payment for IMP material and release; prepare schedule of coils to release. | $335.00 | 0.80 | $268.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with D. Glassman and R. Whitehouse re: balance due from Premier Metal Trading and potential credits; prepare analysis of invoices and compare to Premier. | $335.00 | 0.70 | $234.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with R. Whitehouse re: sale of final material at IMP; review quantities and expected amounts to recover. | $335.00 | 0.40 | $134.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with Nyack Metals re: payment on balance due. | $335.00 | 0.50 | $167.50 |
| 2) Lumping | Michael Eber<br>37 - Asset Anal. & Recovery<br>Email re: sale of IMP inventory and commission to Whitehouse; draft email re: compensation issue. | $425.00 | 0.40 | $170.00 |
| 02/28/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone call with interested party for purchase of Justine location. | $335.00 | 0.50 | $167.50 |
| 03/01/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Meet with R. Whitehouse for update on IMP sale and other receivable issues. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Review final P.O. for scrap material at IMP. | $335.00 | 0.30 | $100.50 |

Case 17bk03148 Doc 120 Filed 06/06/17 Entered 06/06/17 09:06:53 Desc Exhibit 1, Page 31 of 43

HIGH RIDGE PARTNERS

Stainless Sales Corp.
02/03/17 through 03/31/17
Page 28

April 27, 2017
Professional Time by Project

| | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Meet with IT to retrieve and store servers and other computer equipment for future use/sale. | $335.00 | 0.90 | $301.50 |
| 03/03/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Calls with customers re: payment of open invoices. | $335.00 | 0.50 | $167.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Update remaining inventory and receivable reports to estimate total recovery amounts. | $335.00 | 0.80 | $268.00 |
| 03/06/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Discuss open receivables with R. Corsentino; review detail list of invoices and comments on collection. | $335.00 | 0.80 | $268.00 |
| 03/07/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with S. Desai re: final purchase of IZZMPZ material and payment; review P.O. and compare to quantities on hand per IMP. | $335.00 | 0.90 | $301.50 |
| 03/08/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Prepare updaated list of open pre-assignment receivable and discuss with R. Corsentino. | $335.00 | 1.10 | $368.50 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up with post assignment customer re: final settlement payments. | $335.00 | 0.60 | $201.00 |
| | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Phone with S. Desai re: final settlement payments on open receivables. | $335.00 | 0.30 | $100.50 |
| 03/09/17 | Greg Apathy<br>37 - Asset Anal. & Recovery<br>Follow up on receivable collections. | $335.00 | 0.50 | $167.50 |

2) Lumping
Lumping
Lumping